NO. 04-14-0491-CV

## TEXAS COURT OF APPEALS
## FOURTH DISTRICT
## SAN ANTONIO, TEXAS

**WILLIAM AND PATRICIA COLLINS**
Appellant

Vs.

**DR. OLIVER WILLIAMS**
Appellee

## APPELLANT'S VERIFIED MOTION FOR RECONSIDERATION
## OF DENIAL OF ORAL ARGUMENT
## WITH
## REQUEST FOR TELEPEHONE HEARING IF NECESSARY
## ( OPPOSED)
(Oral Argument Requested)

James R. Chapman, Jr.
P. O. Box 841
Fredericksburg, Texas 78624
(830) 997-3269
No Fax
Cell (281) 734-8181

ATTORNEY FOR APPELLANTS
WILLIAM AND PATRICIA COLLINS

SCANNED
Date: _____
Initials: _____

## APPELLANT'S VERIFIED MOTION FOR RECONSIDERATION
## OF DENIAL OF ORAL ARGUMENT
## WITH REQUEST FOR TELEPHONE HEARING
## IF NECESSARY
## (OPPOSED)
## (Oral Argument Requested)

Appellants William and Patricia Collins requests the Court to reconsider its denial of oral argument in this cause, and would show:

1. Appellants are William and Patricia Collins, residents of Gillespie County, Texas.

2. Appellants request the Court to reconsider its decision to deny oral argument, as oral argument would crystallize the issues, and assist the court in determining the legal and factual issues by not allowing the record to be tainted by extraneous matters.

3. Appellants request the Court to reconsider and grant oral argument in this case.

4. The Appellee's lead Counsel, Jeff Small, was contacted on Thursday, January 15, 2015, at 10:27 a.m., regarding opposition or consent. A detailed message was left. If opposition is filed, a telephone hearing is requested at movant's expense.

5. The facts stated herein are within the personal knowledge of counsel who has verified this motion.

WHEREFORE, premises considered, Appellants William and Patricia Collins through counsel James R. Chapman, Jr., respectfully requests the Court to permit oral argument in this case. Movant prays for general relief.

Respectfully submitted,

James R. Chapman, Jr., 04134700
Attorney for Appellants
P. O. Box 841
Fredericksburg, Texas 78624
(830) 997-3269  No Fax
Cell (281) 734-8181

# VERIFICATION

STATE OF TEXAS
COUNTY OF GILLESPIE

ON THIS DAY, personally appeared James R. Chapman, Jr., Attorney for Appellant, and who, identified by me, the undersigned Notary Public by TDL, and personal knowledge, after being duly sworn, deposed and said:

"My name is James R. Chapman, Jr., and I am Attorney for Appellant in this suit. I have read the above and foregoing document, and it is true and correct".

James R. Chapman, Jr.
Affiant

To certify which witness my hand and seal of office this 15th day of January, 2015.

HOLLIE ANN BAKER
Notary Public, State of Texas
My Commission Expires
November 24, 2018

Notary Public

## CERTIFICATE OF CONFERENCES

I certify that on January 15, 2015, I called Jeff Small to discuss this motion. He was not available, so a detailed message was left. If opposition is filed, a telephone hearing is requested at Movant's expense.

James R. Chapman, Jr.

## CERTIFICATE OF SERVICE

I certify a copy of this document was forwarded Certified Mail, Return Receipt Requested on January 15, 2015, to the following persons at the addresses shown, pursuant to the Texas Rules of Appellate Procedure:

James R. Chapman, Jr.

Jeff Small  SBN 00793027
Attorney for Defendant/Appellee
12451 Starcrest, Suite 100
San Antonio, Texas 78216
Tel (210) 496-0611
Fax (210) 579-1399

Ms. Cindy Huggins
216th Court Reporter
P. O. Box 293251
Kerrville, Texas 78028

Ms. Jan Davis, Gillespie County District Clerk
101 West Main Street, Room 204
Fredericksburg, Texas 78624

Bill and Patricia Collins

James R. Chapman, Jr.
Attorney and Counselor at Law
P. O. Box 841
Fredericksburg, Texas 78624
(830) 997-3269
Cell (281) 734-8181

January 15, 2015

Mr. Keith Hottle  PERSONAL
Clerk, Fourth Court of Appeals
Cadena-Reeves Justice Center          HAND DELIVERY
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037
(210) 335-2635
Fax (210) 335-2762

Re:  Cause No. 04-14-00491-CV, Collins vs. Williams; Civil Appeal from
Gillespie County, Texas,

MOTION FOR RECONSIDERATION ON ORAL ARGUMENT

Dear Mr. Hottle:

Please file with the Court, and return a file stamped copy of the document to the undersigned in the stamped, letterhead envelope.

Thank you for your courtesies in this matter.  If you have any questions, please contact me at your convenience at the letterhead numbers or address.

All counsel and interested parties have been served with a copy of this document.

Very truly yours,

James R. Chapman, Jr.